[No. 28070-1-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY PUTNAM BAKKE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No 01-1-01214-2, John P. Wulle, J., entered November 6, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28102-3-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS NEWELL KOLSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01119-9, Frederick W. Fleming, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28117-1-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE M. CHRISTIANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00511-9, Ray W. Hinea III, J. Pro Tem., entered November 15, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28263-1-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH MOYER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00859-3, William J. Kamps, J., entered December 28, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.